**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JEVONA M. WILSON, | No.  2:25-CV-3660-DMC |
| Plaintiff, | |
| v. | ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Plaintiff, who is proceeding pro se, brings this action for judicial review of a final decision of the Commissioner of Social Security under 42 U.S.C. § 405(g).  Pending before the Court is the parties' stipulation for an extension of time.  See ECF No. 10.  Good cause appearing therefor, the stipulation, which has been signed by all parties, will be approved.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED as follows:

1.      The parties' stipulation for an extension of time, ECF No. 10, is approved.

2.      Plaintiff is granted an extension of time to April 13, 2026, to file a motion for summary judgment.

3.      Defendant's cross-motion for summary judgment is due within 30 days after service of Plaintiff's motion for summary judgment.

4.      Plaintiff's optional reply brief is due within 14 days after service of Defendant's cross-motion.

Dated:  April 9, 2026

_____

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

2