UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

JEVONA M. WILSON,

   Plaintiff,

    v.

COMMISSIONER OF SSA,

   Defendant.

)
)
)
)
)
)
)
)
)
)
)

Case No. 2:25-cv-03660-DMC

**ORDER OF REMAND**

   Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand"), ECF No. 16, which is signed by all parties, and for cause shown, **IT IS ORDERED** that the above-captioned action be remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation to Remand.

   Dated:  May 22, 2026

                 _____
                 DENNIS M. COTA
                 UNITED STATES MAGISTRATE JUDGE