RICHARD ZIEMAN (CSB 230832)
1860 EL CAMINO REAL, STE 438
BURLINGAME, CA 94010
Telephone: (415) 388-3800
Facsimile: (415) 388-1060
email: zieman@ssalawca.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

JEVONA WILSON,                              ) Case No.: 2:25-cv-03660-DMC
                                            )
              Plaintiff,                    ) ORDER AWARDING EAJA FEES
                                            )
       vs.                                  ) .
                                            )
COMMISSIONER OF SOCIAL SECURITY,            )
                                            )
Commissioner of Social Security             )
                                            )
              Defendant                     )
_____

       Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"), ECF No. 19, which is signed by all parties, IT IS ORDERED that EAJA fees are awarded in the amount of Four Thousand and 00/100 DOLLARS ($4,000.00).

Dated:  June 8, 2026

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE